NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, LOCAL 709,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2014-3174

---

Petition for review of an arbitrator's decision in No. 11-58353 by Lawrence T. Holden, Jr.

---

**ON MOTION**

---

**O R D E R**

The petitioner moves without opposition to withdraw its petition.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted and the petition is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8

ISSUED AS A MANDATE:  <u>11-14-14</u>